**Order entered February 19, 2013**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-12-01143-CV

### LAKEITH AMIR-SHARIF, Appellant

### V.

### QUICK TRIP CORPORATION, ET AL., Appellees

**On Appeal from the 101st Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-09-13818-E**

## ORDER

The Court has before it appellant's February 14, 2013 third motion for court order directing the clerk of court to provide appellant with copies of supplemental records filed by court reporter and clerk of court. Because such an order has already been entered, the motion is **DENIED** as moot. The Court also has before it appellant's February 14, 2013 motion to compel clerk to file appellant's original brief. The Court treats this motion as a motion for extension of time, **GRANTS** the motion, and **ORDERS** that the amended brief tendered by appellant on February 1, 2013 be timely filed as of that date.

/s/     ELIZABETH LANG-MIERS
        JUSTICE